## TOOMBS et al. v. FORTSON, SECRETARY OF STATE OF GEORGIA, et al.

No. 1205.  Decided May 16, 1966.

*Francis Shackelford, Edward S. White, Emmet J. Bondurant II, Israel Katz* and *Hamilton Lokey* for appellants.

*Arthur K. Bolton,* Attorney General of Georgia, and *E. Freeman Leverett,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

## SELMAN v. PHILLIPS et al.

No. 854, Misc.  Decided May 16, 1966.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment of the Supreme Court of Alaska is vacated and the case is remanded to that court for further consideration in light of *Armstrong* v. *Manzo,* 380 U. S. 545.